**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:   Date: __2/19/16__   Time: **10:15 a.m.**   FTR   Time in court: ____ Hrs __58__ Min

Magistrate (presiding): __JUSTIN S. ANAND__   Deputy Clerk: __B. GRAVES__

Case Number: __1:16-CR-0051__   Defendant's Name: __Clifford Wayne Hill__

AUSA: __Michael Koening and Eric Meiring__   Defendant's Attorney: __Craig Gillian__

USPO/PTR: __Jacques Brown__   Type Counsel: (X) Retained   ( ) CJA   ( ) FPD   ( ) Waived

____ ARREST DATE _____

____ INTERPRETER _____

__X__ INITIAL APPEARANCE HEARING. (X) in THIS DISTRICT   Dft. In Custody? ( ) Yes  (X) No

____ Defendant advised of right to counsel.  WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY

____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.

____ ORDER giving defendant until _____ to employ counsel. (cc: serv. by Mag)

____ Dft. to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

__X__ Copy indictment/information given to dft? (X) Yes  ( ) No   Read to dft? ( ) Yes  (X) No.

____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

__X__ ARRAIGNMENT HELD.  ( ) superseding indictment/information.

____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.

____ Dft. fails to appear for arraignment.  BENCH WARRANT ISSUED _____

__X__ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ PLEA OF GUILTY/NOLO as to counts _____

____ Petition to enter plea of GUILTY/NOLO filed.

____ NEGOTIATED PLEA between Government and defendant filed.

__X__ ASSIGNED TO JUDGE __THRASH__ for: (X) trial ( ) arraignment/sentence.

__X__ ASSIGNED TO MAGISTRATE __ANAND__ for pretrial proceedings.

__X__ Estimated trial time: ____ days  ( ) SHORT  (X) MEDIUM  ( ) LONG

____ CONSENT TO PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

__X__ See other side.

                                          **Clifford Wayne Hill**     Defendant

\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

\_\_\_\_ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

\_\_\_\_ BOND/PRETRIAL DETENTION hearing held.
\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.
\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
\_\_\_\_ WRITTEN ORDER TO FOLLOW.
\_\_\_\_ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
\_\_\_\_ WRITTEN ORDER TO FOLLOW.

_X_ Oral request for extension of time to file pretrial motions.
_X_ Written Order to follow.

_X_ BOND SET AT $ _100,000.00_
_X_ Personal Recognizance
\_\_\_\_ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
_X_ SPECIAL CONDITIONS: _No contact with potential witnesses. See Bond._
_____
_____
_____
_____

_X_ Bond Filed: defendant released.
\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____
_____
_____
_____
_____

# P L E A (With Counsel)

U. S. Department of Justice
United States Sorrotney
Northern District of

Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 19 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. _16 CR 00051-007_

I, _Cliff Hill_, defendant, having received a copy of the within _____, and having _____

PLEAD _Not Guilty_ thereto to COUNT(S) _all counts_ thereof.

In Open Court this ____ day of _____, 2016.

_____    _____
SIGNATURE (Attorney for Defendant)    SIGNATURE (Defendant)

INFORMATION BELOW MUST BE TYPED OR PRINTED

_____    _____
NAME (Attorney for Defendant)    NAME (Defendant)

_3490 Piedmont_____    _____
STREET ADDRESS    STREET ADDRESS
_Suite 1050_
_Atlanta Ga 30305_    _____
CITY & STATE  ZIP CODE    CITY & STATE  ZIP CODE
                                 PHONE NUMBER _____

PHONE NUMBER _404 8429200_

STATE BAR OF GEORGIA NUMBER _294838_