IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CLIFFORD WAYNE HILL,<br>    Defendant. | CRIMINAL FILE NO.<br>1:16-CR-51-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss the Indictment based upon Selective Prosecution [Doc. 29]. In his Objections to the Report and Recommendation, the Defendant relies entirely upon the fact that he is being prosecuted for bid rigging and that others are not. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, this is insufficient to warrant discovery or dismissal of the indictment. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss the Indictment based upon Selective Prosecution [Doc. 29] is DENIED.

SO ORDERED, this 24 day of October, 2016.


                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge