IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CLIFFORD WAYNE HILL

Criminal Action No.

1:16-CR-051

## ORDER CONTINUING TRIAL AND EXCLUDING TIME FROM SPEEDY TRIAL ACT

This matter is before the Court on the defendant's oral motion heard during the pretrial conference held in chambers on December 1, 2016, for a continuance of the trial date pursuant to the Speedy Trial Act of 1974. 18 U.S.C. § 3161(h)(7). The Court initially set the trial date for December 5, 2016.

In support of this request, counsel for defendant advises additional time is needed to review the voluminous discovery in this matter, in order to allow the defense to file certain motions, and for the defense to request Fed. R. Crim. P. 17(c) subpoenas. The United States does not oppose the defendant's request for continuance.

The Court, having heard and considered the defendant's motion finds the ends of justice to be served by granting the requested continuance

outweigh the best interests of the public and the defendant, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).  Therefore;

**IT IS HEREBY ORDERED** That Defendant's Motion to Adjourn the Trial is **GRANTED**.

**IT IS FURTHER ORDERED** that the time from December 1, 2016 to and including March 13, 2017, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act (18 U.S.C.A. §§ 3161 et seq.).

IT IS SO ORDERED.

DATED:  DECEMBER 6th , 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

Prepared by

Eric M. Meiring, Assistant Chief, Antitrust Division