# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLIFFORD WAYNE HILL<br>*Defendant* | )<br>)<br>)   Case No.  1:16-CR-051-TWT-JSA<br>)<br>) |

**APPEARANCE OF CO-COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Mr. Clifford Wayne Hill.

This 10th day of January 2017

/s/ Lawanda N. Hodges
Georgia Bar. No. 547413
The Law Firm of Lawanda Hodges, LLC
1100 Peachtree Street, Suite 200
Atlanta, GA 30316
Phone:  (404) 474-0772
Fax:  (404) 474-2774
lhodges@lhodgeslaw.com

## CERTIFICATE OF SERVICE

I, Lawanda N. Hodges, certify that on this 10th day of January 2017, the forgoing Entry of Appearance was electronically filed via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to the following:

Eric M. Meiring, AUSA

Marvin N. Price, Jr., AUSA

Brent Snyder, AUSA

Mary N. Strimel, AUSA

United States Department of Justice Washington, DC

John A. Horn, US Attorney

Warren Carl Lietz, III

*/s/* Lawanda N. Hodges
Georgia Bar. No.547413
The Law Firm of Lawanda Hodges, LLC
1100 Peachtree Street,
Suite 200
Atlanta, GA 30316
Phone:  (404) 474-0772
Fax:  (404) 474-2774
lhodges@lhodgeslaw.com