UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:16-cr-00051-TWT-JSA |
| CLIFFORD WAYNE HILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF GOVERNMENT ATTORNEYS OF RECORD

COMES NOW, the United States, by and through counsel, and files this Motion for Withdrawal as Government Attorneys of Record and Substitution of Lead Government Attorney of Record.

United States respectfully moves to withdraw Attorneys Mary N. Strimel, Eric Meiring, and Brent Snyder from the above-captioned case because they are no longer assigned to this criminal matter.

Additionally, the United States gives notice of appearance of Attorney Jennifer C. Jones from the Antitrust Division of the United States Department of Justice.  Ms. Jones will replace Eric Meiring as lead Government Attorney of

Record and should be noticed for all pleadings.

The withdrawal and substitution will not delay or interrupt the orderly operation of the court.

Respectfully submitted this 13th day of January, 2017.

/s/ Eric M. Meiring
ERIC M. MEIRING
Ohio Bar #83589
eric.meiring@usdoj.gov

/s/ Jennifer C. Jones
JENNIFER C. JONES
New York Registration #4673125
jennifer.jones@usdoj.gov

/s/ Mary N. Strimel
MARY N. STRIMEL
District of Columbia Bar #455303
mary.strimel@usdoj.gov

/s/ Brent Snyder
BRENT SNYDER
California Bar #165888
brent.snyder@usdoj.gov

Attorneys
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington, DC 20001
Tel: (202) 616-5949
Fax: (202) 598-2428

## **CERTIFICATE OF FONT AND POINT SELECTION**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing Notice has been prepared with one of the font and point selections approved by the Court in Local Rules 5.1B and 5.1C.

/s/ Eric M. Meiring
ERIC M. MEIRING
Ohio Bar #83589
eric.meiring@usdoj.gov
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington D.C.20530
Tel: (202) 598-2322
Fax: (202) 598-2428

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

**Defense Counsel**
Craig A. Gillen, Esq.
Gillen Withers & Lake, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road NE
Atlanta, GA 30305
Tel: 404-842-9456
cgillen@gwllawfirm.com

Lawanda N. Hodges
The Law Firm of Lawanda Hodges, LLC
1100 Peachtree Street, Suite 200
Atlanta, GA 30316
(404) 474-0772
lhodges@lhodgeslaw.com

/s/ Eric M. Meiring
ERIC M. MEIRING
Ohio Bar #83589
eric.meiring@usdoj.gov
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington D.C. 20530
Tel:  (202) 598-2322
Fax: (202) 598-2428