IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLIFFORD WAYNE HILL<br><br>Defendants | CRIMINAL ACTION NO.<br>1:16cr051-TWT |

O R D E R

The Court sets the case for trial, April 10, 2017 Courtroom 2108, 9:30 a.m., as the first case on the Court's trial calendar.

The time between the original schedule date of trial of March 13, 2017 and trial shall be excluded.  The court finds that all time accruing until the time of trial is excluded according to the provisions of 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 2nd day of February, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE