# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00051-TWT-JSA
## USA v. Hill
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 06/30/2017.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 12:10 P.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
USPO: Felicia White
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [1]Clifford Wayne Hill Present at proceedings |
| ATTORNEY(S) PRESENT: | Collin Delaney representing USA<br>Craig Gillen representing Clifford Wayne Hill<br>Lawanda Hodges representing Clifford Wayne Hill<br>Michael Koenig representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[55]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. The Court heard from counsel and granted the government's Motion for Downward Departure. The court then heard from counsel on defendant's request for anon-guideline sentence, which the Court granted, but not to the degree requested by the defendant, for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 4 months to be followed by 2 years supervised release, $200.00 Special Assessment, Fine of $2,000.00 and restitution of $30,700.00. The Court inquired as to Jones Objections. There were none . The Court advised the defendant of his right to appeal the sentence within 14 days. The Court will allow Voluntary Surrender by the defendant when designated by the Bureau of Prisons. Defendant is to continue under the same terms and conditions of current release. |
| HEARING STATUS: | Hearing Concluded |