

*U.S. Department of Justice*
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

*Beverly Harvard*
*U.S. Marshal*

July 26, 2017

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUL 2 6 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Mr. Robert Hill
684 Clarke Trail
Dacula, GA 30019

**SUBJECT:** Voluntary Surrender/Reporting Information
Reg. No. 69843-019 Case No. 1:16cr051-TWT

Dear Mr. Hill:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **FCl Edgefield SCP**<br>**501 Gary Hill Road**<br>**Edgefield, SC 29824** |
| TELEPHONE NO.: | (803) 637-1500 |
| REPORT DATE: | **NOON, August 21, 2017** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Beverly Harvard
United States Marshal

A. Freeman
Criminal Section

cc: Clerk of Court
Pretrial Services
U.S. Probation Office