IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CLIFFORD WAYNE HILL,

   Defendant.

CRIMINAL FILE NO.
1:16-CR-51-TWT

**ORDER**

This is a criminal action. It is before the Court on the Defendant's Unopposed Motion for Termination of Supervised Release [Doc. 64] which is GRANTED.

SO ORDERED, this 1 day of March, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge